UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MINUTE ORDER**

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:   September 27, 2018

Case No.: 1:18 CV 127 (SO)

Court Reporter: None

JARRED GLICKSTEIN

    v.

CASE WESTERN RESERVE UNIVERSITY, *et al*

| APPEARANCES: | For Plaintiff: | Jeffrey M. Heller, Kerry M. Agins, Aimee E. Gilman |
|---|---|---|
| | For Defendants: | Carole S. Rendon, Daniel R. Lemon |

PROCEEDINGS: Continued mediation conference conducted. Negotiations continue. Counsel are ordered to confer and to advise the Court by no later than October 5, 2018, about whether further mediation is warranted at this time.

**IT IS SO ORDERED.**

                                           s/ William H. Baughman, Jr.
                                           United States Magistrate Judge

Time: 6 hours