Counsel have advised the Court that meaningful negotiations toward a settlement continue, but further mediation is not warranted at this time. The referral for mediation is, therefore, terminated.

**s/ William H. Baughman, Jr.**
**William H. Baughman, Jr.**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Date: October 18, 2018**

## MINUTE ORDER

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:   September 27, 2018

Case No.: 1:18 CV 127 (SO)

Court Reporter: None

JARRED GLICKSTEIN

v.

CASE WESTERN RESERVE UNIVERSITY, *et al*

APPEARANCES:   For Plaintiff:   Jeffrey M. Heller, Kerry M. Agins, Aimee E. Gilman

For Defendants:   Carole S. Rendon, Daniel R. Lemon

PROCEEDINGS: Continued mediation conference conducted. Negotiations continue. Counsel are ordered to confer and to advise the Court by no later than October 5, 2018, about whether further mediation is warranted at this time.

**IT IS SO ORDERED.**

s/ William H. Baughman, Jr.
United States Magistrate Judge

Time: 6 hours