UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JARRED GLICKSTEIN | ) | Case No.: 1:18 CV 127 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| | ) | MAGISTRATE JUDGE WILLIAM H. |
| v. | ) | BAUGHMAN, JR. |
| | ) | |
| CASE WESTERN RESERVE | ) | **JOINT STIPULATION OF DISMISSAL** |
| UNIVERITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Jarred Glickstein and Defendants Case Western Reserve University and John Gibbons, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., stipulate to dismissal of this action with prejudice with the parties to bear their own fees and costs.

Respectfully submitted,

/s/ *Carole S. Rendon*
Carole S. Rendon (0070345)
Melissa D. Bertke (0080567)
Douglas L. Shively (0094065)
Daniel R. Lemon (0097113)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: 216.621.0200
Facsimile: 216.696.0740

Attorneys for Case Western Reserve University and John Gibbons

/s/___*Aimee E. Gilman*_________
Aimee E. Gilman, (0031682)
Kerry M. Agins (0072558)
Agins & Gilman LLC
5035 Mayfield Rd., Suite 250
Lyndhurst, OH 44124
(216) 291-4332 (Ph.); (216) 291-2077 (fax)
Email: agilman@idealaw.org
kagins@idealaw.org

Counsel for Plaintiff Jarred Glickstein

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 25, 2019 the foregoing JOINT STIPULATION OF DISMISSAL was filed electronically. Notice of this filing was sent to all counsel for all parties by operation of the Court's electronic filing system.

/s/ *Aimee E. Gilman*
Aimee E. Gilman, Esq. (0031682)
agilman@idealaw.org

Attorney for Plaintiff Jarred Glickstein