UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JARRED GLICKSTEIN | ) | Case No.: 1:18 CV 127 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| | ) | MAGISTRATE JUDGE WILLIAM H. |
| v. | ) | BAUGHMAN, JR. |
| | ) | |
| CASE WESTERN RESERVE | ) | **JOINT STIPULATION OF DISMISSAL** |
| UNIVERITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Jarred Glickstein and Defendants Case Western Reserve University and John Gibbons, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., stipulate to dismissal of this action with prejudice with the parties to bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *Carole S. Rendon* | /s/     *Aimee E. Gilman* |
| Carole S. Rendon (0070345) | Aimee E. Gilman, (0031682) |
| Melissa D. Bertke (0080567) | Kerry M. Agins (0072558) |
| Douglas L. Shively (0094065) | Agins & Gilman LLC |
| Daniel R. Lemon (0097113) | 5035 Mayfield Rd., Suite 250 |
| BAKER & HOSTETLER LLP | Lyndhurst, OH 44124 |
| Key Tower | (216) 291-4332 (Ph.); (216) 291-2077 (fax) |
| 127 Public Square, Suite 2000 | Email: agilman@idealaw.org |
| Cleveland, OH 44114-1214 | kagins@idealaw.org |
| Telephone: 216.621.0200 | |
| Facsimile: 216.696.0740 | |
| | |
| Attorneys for Case Western Reserve University and John Gibbons | Counsel for Plaintiff Jarred Glickstein |

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
3/25/2019